UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA M. TUDINO, | Case No. 06-CV-2487-BEN (JMA) |
| Plaintiff, | **ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff Eva M. Tudino, appearing through counsel, has submitted a civil complaint against Jo Anne B. Barnhart challenging Defendant's denial of Plaintiff's claim for Social Security benefits. On March 20, 2007, the Honorable Roger T. Benitez granted Plaintiff's request to proceed *in forma pauperis*.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States Marshal is directed to serve a copy of the complaint, summons, and the Court's March 20, 2007 Order upon Defendant as directed by Plaintiff on U.S. Marshal form 285. All costs of service shall be advanced by the United States.

2. Plaintiff shall serve upon Defendant, or, if appearance

1  has been entered by counsel, upon Defendant's attorney, a copy of
2  every further pleading or document submitted or filed for
3  consideration by the Court.  Plaintiff shall include with the
4  original paper to be filed with the Clerk of Court a certificate
5  stating the manner in which a true and correct copy of any
6  document was served on Defendant or counsel for Defendant and the
7  date of service.  Any paper received by a district judge or
8  magistrate judge that has not been filed with the Clerk of Court
9  or that fails to include a certificate of service will be
10 stricken by the Court.
11     **IT IS SO ORDERED.**
12 DATED:  April 13, 2007

_____
Jan M. Adler
U.S. Magistrate Judge